No. 2013 y No. 2014. EL PUEBLO, APELADO, v. RIJOS, APELANTE. — EL PUEBLO, APELADO, v. RODRÍGUEZ, APELANTE. — Corte de Distrito de Humacao. Resueltos en febrero 8, 1923. No habiendo el apelante en estos casos radicado alegato, el tribunal resuelve en corte abierta desestimar el recurso.

No. 530. SUCESIÓN DE A. FLORES, RECURRENTE, v. REGISTRADOR DE GUAYAMA, RECURRIDO.—Recurso Gubernativo. Resuelto en febrero 8, 1923. Apareciendo que la recurrente notificó su alegato al Registrador de la Propiedad en mayo 20, 1922, sin que haya éste radicado alegato alguno en oposición y por los fundamentos del caso de *Bardeguez* v. *El Registrador de Guayama,* 27 D. P R. 214, se revoca la nota y se ordena la inscripción de los documentos denegados, sin que sea necesario consignar nuevos derechos en sellos de rentas.

No. 2972. PÉREZ, APELADA, v. PÉREZ, APELANTE. — Corte de Distrito de Mayagüez. Resuelto en febrero 9, 1923. Filiación. Vista la moción de desistimiento presentada por el apelante con la conformidad de la parte contraria, resuelve tenerle por desistido de la apelación.

No. 2015. EL PUEBLO, APELADO, v. RINCÓN, APELANTE.— Corte de Distrito de Humacao. Resuelto en febrero 9, 1923. Infracción ley de arbitrios. No habiendo el apelante radicado alegato alguno el tribunal resuelve en corte abierta desestimar la apelación.

No. 2033. EL PUEBLO, APELADO, v. RIBERA, APELANTE.— Corte de Distrito de Ponce. Adulteración de leche. Resuelto en febrero 13, 1923. Visto el escrito de desistimiento de apelación presentado por el apelante, se resuelve tenerle por desistido de la apelación.